UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:90-CR-00085-MOC-3

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ERIC LAMOUNT WHITENER,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's request to Amend his Motion for Sentencing Reduction under the First Step Act (#243) . For the reasons set forth in the motion, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion to Amend his Motion for Sentencing Reduction under the First Step Act (#243) is **GRANTED**.

Signed: March 8, 2021



Max O. Cogburn Jr
United States District Judge

1